**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

JORGE A. RODRIGUEZ ORTEGA, :
                        :
            **Plaintiff,** :
                        :
        **-against-** :       **1:24-cv-03399 (ALC)**
                        :
RICHARD N. ASH CENTER, M.D., P.C. :       <u>**ORDER**</u>
and JUHI LLC, :
                        :
           **Defendants.** :
                        :

------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of Plaintiff's letters requesting to be removed from the mediation program and the Defendants' responses in opposition.   ECF Nos. 14, 15, 16, 17.   The Court believes that the mediation program may still be helpful to the parties and thereby **DENIES** the Plaintiff's request.   The parties are ordered to submit a join status report by **January 14, 2025** as to whether a mediation has taken place or whether the Plaintiff would like to renew their request for removal.

**SO ORDERED.**

Dated:    **December 10, 2024**
            **New York, New York**

                                  _____
                                   **ANDREW L. CARTER, JR.**
                                 **United States District Judge**