UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORGE A. RODRIGUEZ ORTEGA,<br><br>        Plaintiff,<br><br>-against-<br><br>RICHARD N. ASH CENTER, M.D., P.C.,<br><br>        Defendant. | 24-CV-03399 (JAV) (RFT)<br><br>ORDER SCHEDULING<br>PRE-SETTLEMENT<br><u>TELEPHONE CONFERENCE</u> |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE:

This case has been referred to me for settlement purposes on **Friday, July 18, 2025**.

A telephone conference will be held on **Friday, August 1, 2025, at 10:00 AM,** to discuss scheduling a settlement conference. The parties are directed to review Judge Tarnofsky's Individual Practices at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky concerning settlement conferences before the call. The Courtroom Deputy will email counsel the conference details.

DATED:  July 18, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge